Joel E. Tasca
Nevada Bar No. 14124
Holly Ann Priest
Nevada Bar No. 13226
Kyle A. Ewing
Nevada Bar No. 14051
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
priesth@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, N.A. AS TRUSTEE FOR MLMI 2005-A8,<br><br>Plaintiff,<br><br>vs.<br><br>LVDG LLC SERIES 114, a Nevada limited liability company; AIRMOTIVE INVESTMENTS LLC, a Nevada limited liability company; LA MANCHA HOMEOWNERS ASSOCIATION, INC., a Nevada non-profit corporation,<br><br>Defendants. | Case No. 2:17-cv-00285-JAD-PAL<br><br>ORDER GRANTING **JOINT MOTION TO DISMISS LA MANCHA HOMEOWNERS ASSOCIATION, INC.**<br><br>ECF No. 18, 24 |

Plaintiff U.S. Bank National Association, As Trustee, Successor in Interest to Wachovia Bank, N.A. as Trustee for MLMI 2005-A8 ("U.S. Bank"), by and through its attorney, Ballard Spahr, LLP and Defendant La Mancha Homeowners Association, Inc. (the "HOA")(collectively, the "Parties") by and through its attorney, Boyack, Orme & Anthony jointly move to dismiss Defendant La Mancha Homeowners Association. The Parties state:

1. On January 31, 2017, U.S. Bank filed a complaint, naming the HOA as a party.

2. Plaintiff agrees to dismiss the HOA with prejudice.

3. The Parties agree that the HOA, although no longer a party to this case, shall be bound by and cooperate in the enforcement of any final judgment that this Court enters regarding quieting title and declaratory relief as between the remaining Defendants, Plaintiff, and any other party, regarding their respective interests in property located at 3232 La Mancha Way, Henderson, Nevada 89014.

4. The HOA further agrees to respond to any third party discovery propounded on it after the HOA's dismissal in accordance with the Scheduling Order in this matter.

5. The HOA and Plaintiff shall each bear its own fees and costs incurred in this matter, and the HOA hereby waives any and all rights to recover costs and fees from Plaintiff that either have arisen, or that may arise in the future, based on the offer of judgment that the HOA served on Plaintiff earlier in this action.

6. The HOA and Plaintiff further agree that the Motion to Dismiss filed by the HOA on April 10, 2017 is rendered moot [ECF 18] by this stipulation and that the hearing set for May 22, 2017 is also moot [ECF 19].

Dated: April 24, 2017

BOYACK ORME & ANTHONY

By: /s/ Adam J. Breeden
Edward D. Boyack, Esq.
Nevada Bar No. 005229
Adam J. Breeden, Esq.
Nevada Bar No. 5229
401 N. Buffalo Drive, #202
Las Vegas, Nevada 89145

*Attorney for La Mancha Homeowners Association*

Dated: April 24, 2017

BALLARD SPAHR LLP

By: /s/ Holly Ann Priest
Joel E. Tasca
Russell J. Burke
Holly Ann Priest
100 N. City Parkway, Ste. 1750
Las Vegas, Nevada 89106

*Attorneys for Plaintiff*

## ORDER

Based on the parties' joint motion and good cause appearing, IT IS HEREBY ORDERED that the Joint Motion to Dismiss **[ECF No. 24] is GRANTED**; all claims against the La Mancha Homeowners Association, Inc. are DISMISSED with prejudice, each side to bear its own fees and costs.

IT IS FURTHER ORDERED that the HOA's Motion to Dismiss **[ECF No. 18] is DENIED** as moot, and the 5/22/17 hearing is VACATED.

**IT IS FURTHER ORDERED** that the HOA shall be bound by and cooperate in the enforcement of any final judgment that this Court enters on the claims for quieting title and declaratory relief as between the remaining Defendants, Plaintiff, and any other party, regarding priority of the respective interests in title to the Subject Property.

_____
U.S. District Judge Jennifer Dorsey
4/25/17