UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| U.S. BANK NATIONAL ASSOCIATION, | Case No. 2:17-cv-00285-JAD-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| LVDG LLC SERIES 114 et al., | (Subst Atty – ECF No. 35) |
| Defendants. | |

This matter is before the court on the Substitution of Attorneys (ECF No. 35). Martin I. Melendrez of Hawkins Melendrez, P.C. seeks leave to be substituted in the place of Holly Priest, Joel Tasca and Kyle Ewing of Ballard Spahr LLP for plaintiff U.S. Bank National Association. LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Attorney (ECF No. 35) is **GRANTED**.
2. Martin I Melendrez of Hawkins Melendrez, P.C. is substituted in the place of Holly Priest, Joel Tasca and Kyle Ewing of Ballard Spahr LLP for plaintiff U.S. Bank National Association, subject to the provisions of LR IA 11-6(c) and (d).

DATED this 6th day of February, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE